GIANT TIGER CORPORATION ET AL., APPELLANTS, v. BOARD OF COMMISSIONERS OF THE CITY OF TRENTON, RESPONDENT.

Submitted February 16, 1934—Decided May 4, 1934.

For the appellants, *Alexander Budson* and *Henry Hartman*.

For the respondents, *Charles E. Bird* and *Romulus P. Rimo*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, HEHER, VAN BUSKIRK, KAYS, HETFIELD, WELLS, DILL, JJ. 10.

*For reversal*—THE CHIEF JUSTICE, PERSKIE, DEAR, JJ. 3.